No. 80–6908.   RENAUD *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 80–6909.   GHARTEY *v.* CAPITULO ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 80–6910.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 80–6911.   MARIANO, AKA BEANS *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 80–6912.   STEADHAM *v.* UNITED STATES.   Ct. App. D. C.   Certiorari denied.

No. 80–6913.   MELANSON *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 80–6915.   FARRAKHAN *v.* MUTUAL OF OMAHA. C. A. 8th Cir.   Certiorari denied.

No. 80–6916.   DANNELLEY ET AL. *v.* ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 80–6917.   JOHNSON *v.* GULF COAST COMMUNITY SERVICE ASSN. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 80–6918.   WENDELN *v.* KANSAS.   Ct. App. Kan. Certiorari denied.

No. 80–6919.   SHIRD *v.* TILLY ET AL.   C. A. 4th Cir. Certiorari denied.

No. 80–6920.   NIXON *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–6921.   WOOD *v.* DONOVAN, SECRETARY OF LABOR. C. A. 3d Cir.   Certiorari denied.